UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Plaintiff(s)**

Malinda Nicolosi

v.

**Defendant(s)**

Please see attached List

~~CLAIM~~ COMPLAINT

2019 NOV -5 A 10:03

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Malinda Nicolosi
512 Mammoth Rd.
Londonderry, NH 03053
603-858-0843

Defendant(s)'s Name, Address and Phone Number

Please see list attached

☑ I am requesting a jury.

**DEFENDANTS:**

**Supreme Court of New Hampshire**
1 Charles Doe Drive
Concord, New Hampshire  03301

603-271-2646

Senior Associate Justice Gary E. Hicks
Justice James P. Bassett
Justice Anna Barbara Hantz Marconi
Justice Patrick E. Donovan


**New Hampshire Superior Court**
1 Granite Place, Suite N400
Concord, NH  03301

603-271-2030

- Hon. Tina L. Nadeau, Chief Justice
- Hon. David A. Anderson
- Hon. Peter H. Bornstein
- Hon. Jacalyn A. Colburn
- Hon. N. William Delker
- Hon. Daniel I. St. Hilaire
- Hon. Martin Honigberg
- Hon. Steven M. Houran
- Hon. Mark E. Howard
- Hon. Amy L. Ignatius
- Hon. John C. Kissinger, Jr.
- Hon. Lawrence A. MacLeod, Jr.
- Hon. Richard B. McNamara
- Hon. Amy Messer
- Hon. Diane M. Nicolosi
- Hon. James D. O'Neill, III
- Hon. David W. Ruoff
- Hon. Andrew R. Schulman
- Hon. Charles S. Temple
- Hon. Brian T. Tucker

- Hon. Marguerite L. Wageling
- Hon. Kenneth C. Brown
- Hon. Larry M. Smukler

- 
- Hon. James J. Barry
- Hon. Arthur E. Bean, Jr.
- Hon. Arthur D. Brennan
- Hon. Jean K. Burling
- Hon. Edward J. Fitzgerald, III
- Hon. William J. Groff
- Hon. Bernard J. Hampsey, Jr.
- Hon. Philip S. Hollman
- Hon. John M. Lewis
- Hon. Philip P. Mangones
- Hon. George L. Manias
- Hon. Kathleen A. McGuire
- Hon. Bruce E. Mohl
- Hon. Robert E.K. Morrill
- Hon. Walter L. Murphy

- **Referees**
- Hon. Peter H. Fauver
- Hon. David A. Garfunkel
- Hon. Kenneth R. McHugh


**New Hampshire Circuit Court**
1 Granite Place, Suite N400
Concord, NH  03301

603-271-6418

**Administrative Judge**: Hon. David D. King
**Sr. Administrator**: Gina Belmont, Esq.
**Administrator**: Kate E. Geraci, Esq.
**Administrator**: Paula J. Hurley, Esq.
**Administrator**: Patrick W. Ryan, Esq.
**Administrator**: Brigette Siff Holmes, Esq.

**10th Circuit-Family Division-Derry**
10 Manning Street
Derry, NH  03038

855-212-1234

Referee Philip Cross
Hon. Robert J. Foley
Hon. Elizabeth Leonard
Hon. Kerry Steckowych

Anthony Grillo Jr.
Joan Grillo (mother)
Cheri Grillo (sister)

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Complaint for New Case

I am filing this complaint with the federal court because:

There has been Destruction of Critical Evidence pertaining to my case in the New Hampshire Family Court to protect the birth certificate fraud, which proves that the real father and I want the baby.

There has been Collusion, Violation of Anti-trust Law, Commercial Trafficking of Persons, Deprivation of Rights under Color of Law, Deprivation of Due Process.

The family division is trying to take the baby from me and the real father to protect the Birth Certificate fraud.

The family division is trafficking my son and me.

I have evidence of who the father is, and my son is being taken away from me and the father.

The court has made decisions that are harming my son.

I am in danger of losing my son to a man who is not the biological father, and the lower court has destroyed the evidence proving this.

The court has eliminated witnesses.

The lower court is protecting the birth certificate fraud, not my son.

I am bringing in tort claims against all New Hampshire courts because this Collusion, Destruction of Critical Evidence, Violation of Anti-trust Law, Commercial Trafficking of Persons, Deprivation of Rights under Color of Law, and Deprivation of Due Process has been allowed to continue for years, and is now harming my son.

WHEREFORE, I am requesting of the Honorable Court:

   A. That my case be taken out of the New Hampshire Court System, because I am bringing claims against them for harming my son, myself, and his father.
   B. Grant such other relief as may be just and proper.

11/1/19                                                    :Malinda: Nicolosi
_____                    _____
Date                                                        Malinda Nicolosi

I, Malinda Nicolosi, hereby certify that on this ᵗʰ day of November, 2019, I mailed a copy of the herein to NH Supreme Justin Holmes, and mailed a copy to Anthony Grillo, 232 Eastern Ave., #303, Manchester, NH  03103.

STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS                         10TH Circuit-Family Division-Derry

IMO Anthony Grillo and Malinda Nicolosi

Docket #622-2018-DM-00053

Notice of Void Judgement for Fraud

I, :Malinda: Nicolosi, do hereby provide Notice of Void Judgement, by Declaration, as follows:

- Anthony Grillo is not the father of my son. I have proof of his DNA not matching my son's. There is 0% chance.
- The court has no jurisdiction because there is no injured party with an affidavit. Anthony Grillo cannot be an injured party because he is not my son's father and his own 2 DNA tests prove this.
- Anthony Grillo, himself, executed TWO DNA tests (see below), which proved he is not the father, and after knowing this, he signed the Affidavit of Paternity, claiming to be Anthony's NATURAL father.
- Identigene Personal Paternity Analysis Report dated 11/22/2016, and signed by Elizabeth Liddiard, Genetic Analyst, states, "ANTHONY L. GRILLO JR IS EXCLUDED AS THE BIOLOGICAL FATHER OF THE TESTED CHILD… The probability of paternity is 0%.
- DDC DNA Test Report dated 12/8/2016, which Philip Cross took in as evidence and destroyed to protect his fraud, states, "The alleged father excluded as the biological father of the tested."
- Philip Cross, has full knowledge of this fact, and whoever signs his recommendations are perpetrating fraud.
- Philip Cross knows that Anthony Grillo is not the biological father and has destroyed evidence proving this.
- Philip Cross has made false allegations against me, has eliminated my witnesses and/or denied me time to present them and has taken parenting rights from me as a result these behaviors/actions.

I am withdrawing my signature from the Birth Certificate.

The people who are involved with this fraud are going to be the recipients of tort claims.

This notice is void on its face on the basis of fraud upon filing.

**FURTHER AFFIANT SAITH NOT.**

**Subscribed and sworn, without prejudice, and with all rights reserved, Principal, by Special Appearance De Bene Esse, Proceeding Sui Juris.**

By: :Malinda: Nicolosi

Date: 11/1/19