STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS  10TH Circuit-Family Division-Derry

IMO Anthony Grillo and Malinda Nicolosi
Docket #622-2018-DM-00053

2019 NOV -5 P 4: 35

## MOTION FOR EX PARTE

**PETITIONER DID NOT PROVIDE PROPER NOTICE AND I WAS NOT ABLE TO HAVE THE COURT HEAR MY SIDE.**

I Malinda Nicolosi on November 1, 2019, was told by Atty. Sullivan that he was filing an Ex Parte in Dover, NH and I called Dover. They told me no Ex Parte was filed in Dover, so I texted AND emailed Atty. Sullivan saying, "I called Dover Court and they said there's no Ex Parte filed so please advise me with any further information." I didn't hear back from Atty. Sullivan, so around 3pm I called Dover back and they said the Ex Parte was filed in Derry.

Mr. Grillo has TEN vaccines scheduled for my son, when he knows there are doctors that recommend with A██████'s Neutropenia he not be vaccinated, BUT there are progressive neurological issues and developmental conditions now as well on TOP of the neutropenia, for which I was filing contempt against Petitioner and was hoping to be heard at the planned expedited hearing that Atty. Sullivan requested.

Petitioner was not giving me all A██████'s medical records, and again was ONLY giving me information he thought was important, so I was not given the info from the doctors that Petitioner had discussed with them ALL of A██████'s conditions before scheduling the TEN vaccines, which includes the MMR, which Dr. Gerdemann even advised we hold off on.

Wherefore, I ask that this court:

a. vacate the Order issued on November 1, 2019 and
b. schedule an expedited hearing so BOTH parties have a chance to be heard, not one, because of failure to provide proper or lawful notice.

I, Malinda Nicolosi, certify that on this 5th day of November 2019, have mailed to Atty. Sullivan PO BOX 22422, Portsmouth, NH 03802