```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Malinda Nicolosi

    v.                                           Case No. 1:19-cv-01142-PB

Gary E. Hicks, et al

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     The attachments to the complaint and the exhibits in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments to the complaint and the exhibits.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to the complaint and the exhibits, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(a).

     SO ORDERED.

                                                            */s/ Andrea K. Johnstone*
                                                           Andrea K. Johnstone
                                                           United States Magistrate Judge

Date: November 8, 2019

cc:    Malinda Nicolosi, pro se