# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE



2019 NOV 14 P 3: 28

|  |  |
|---|---|
| Malinda Nicolosi, Plaintiff ) | Case: 1:19-cv-p1142-PB |
| v. ) | |
| Hicks et al, Defendants ) | REQUEST FOR EMERGENCY HEARING |

I am a nursing mom who has been advised by several doctors (in writing) to continue nursing my immunocompromised son for as long as he will have it.

Referee Cross has been protecting a fraudulent paternity affidavit and birth certificate, and has trafficked my baby to a family who is not related to my son, and has been causing my son irreparable harm.

Through destruction of evidence, and deprivation of due process, I have been stripped of my God-given rights to my biological son.

Mr. Anthony Grillo, who is not my son's biological father, and his famly have kidnapped my son and I have not seen or talked with my son in 9 days.

Mr. Grillo has admitted to Londonderry Police (Ofr. Smigelski) that I am an awesome mom who does everything for my son, yet has been trying to limit this child's time with this awesome mom to supervised visits and has now completely stopped him from seeing or talking with this mom.

Petitioner, his family, and the Derry District Court, in particular, Referee Cross, have trafficked and kidnapped my son,

It's been 9 days now, and I have not had any contact with my son. This could not only cause irreparable emotional and physical harm ~~detrimental~~ to the child, but in this child's case, it is medically negligent, in that mother has been advised by several doctors to continue nursing to keep his immune system up, and he has doctor-prescribed medicine that has been stopped by Referee Cross, *not* by a doctor.

There has never been any threat to the child's health while in the mother's care.

The court is protecting a fraudulent birth certificate and denied entry of a motion to establish paternity by biological father.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to take this case and stop the New Hampshire Court System from doing any further harm to my son and myself and give immediate relief for my son to be reunited with his mother.

Date:
11/14/19

Respectfully submitted:
*[signature]*