UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Malinda Nicolosi, Plaintiff )<br>)<br>v. )<br>)<br>Hicks et al, Defendants )<br>) | Case: 1:19-cv-p1142-PB<br><br>*Proposed Order* |

1. Immediately take my case out of the New Hampshire Court system, and give me and my son back our God-given, Constitutional rights, before more harm and irreparable damage is done to my son and myself.

2. Allow me to immediately have my son and nurse him, as is advised by several doctors to do as long as Anthony will allow, to keep his immune system up. I have already had a significant reduction in my supply. (In the last 9 days.)

3. Stop the Derry District Court from doing any more harm to me and my son, and allow my son to continue treatment with his doctors who had been successfully treating him for over a year.

4. Allow my son to return to his former physicians Dr. Ellis and Dr. Featherstone. This right was taken from my son, not for medical reasons, but because of a court agreement which Mr. Grillo drew up and became a court order.

5. Stop treatment from Dr. Daniel Summers, who has prescribed treatment which could permanently harm or even cause death to my fragile child, after only one exam of my son and no further testing after warnings by other doctors.

6. Derry District Family Court has been biased in restricting my son to ONLY see Medical doctors, when it was this Naturopathic doctor who had treated my son and was able to bring my son out of severe neutropenia and put an end to his frequent ER/doctors' visits. Both types of doctors are licensed and allowed to practice in New Hampshire.

7. Have Derry District Family Court accept copies of my filings with the US District Court. Twice they have turned me away and told me they cannot accept these documents and once told me they would toss them if I left them there, that they would not put them in my file.

8. My son is a delicate child who the court has taken away from his only medicine, which has not only been proven to help him, but also proven not to be harming him. Referee Cross took him off of this regimen for the mere fact that Mr. Grillo in his parenting plan said he didn't want Anthony to take supplements. This decision is against several doctors' advice and was NOT suggested by any practitioner.

9. Allow me to attend Parent/Teacher Conference tonight at Moose Hill School for my son. This is a Pre-K program I initiated for my son and Mr. Grillo has opposed, and outright tried to refuse my son to go to.

10. Mr. Grillo has warned me that if I go near the school, he will obtain a restraining order.

11. Allow my son to have a full genetic evaluation, since I have consulted with a doctor who reported that Anthony has predispositions to be injured if administered vaccines after reviewing his genetic data. I can have this completed within 2 weeks.

Date:                                                                Respectfully submitted:

11/14/19