Malinda Nicolosi

   v.                          Case No. 19-cv-1142-PB

Gary E. Hicks, et al.

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 13, 2019, and dismiss all of the claims in the complaint (Doc. No. 1); deny the Ex Parte Motion (Doc. No. 3); deny plaintiff's request for removal of the Derry Family Court Case; deny plaintiff's request for other preliminary injunctive relief (Doc. Nos. 1-1, 3), and direct the clerk of court to close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                /s/Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge

Date: December 19, 2019

cc: Malinda Nicolosi, pro se