```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Malinda Nicolosi

    v.

                                      Case No. 19-cv-1142-PB

Gary E. Hicks, et al.

## JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated December 19, 2019, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 13, 2019, judgment is hereby entered.

                                              By the Court:

                                              /s/Tracy A. Uhrin
                                              _____
                                              Tracy A. Uhrin
                                              Chief Deputy Clerk

Date: December 20, 2019

cc: Malinda Nicolosi, pro se